

In The
Court of Appeals
Seventh District of Texas at Amarillo

No. 07-23-00169-CR

RICHARD RYAN DALRYMPLE, JR., APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 251st District Court
Randall County, Texas
Trial Court No. 29854C, Honorable Ana Estevez, Presiding

August 23, 2023

MEMORANDUM OPINION

Before QUINN, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Richard Ryan Dalrymple, Jr., appeals from the trial court's judgment adjudicating him guilty of the offense of aggravated assault with a deadly weapon[1] and sentencing him to eight years' confinement. Pending before this Court is Appellant's motion to voluntarily dismiss the appeal. As required by Rule of Appellate Procedure 42.2(a), the motion to dismiss is signed by Appellant and his attorney. As no decision of

---

[1] *See* TEX. PENAL CODE ANN. § 22.02(a)(2).

the Court has been delivered, the motion is granted, and the appeal is dismissed.  No motion for rehearing will be entertained and our mandate will issue forthwith.

Per Curiam

Do not publish.